# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00651-CR

**Demonte Charles Fearce, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
NO. 77059, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Demonte Charles Fearce seeks to appeal from a judgment of conviction for evading arrest or detention with a vehicle. *See* Tex. Penal Code § 38.04(B)(2)(A). The trial court has certified that this is a plea-bargain case and appellant has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Pemberton and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 2, 2017

Do Not Publish